unpublished per curiam opinion.

[No. 3952–8–III. Division Three. July 23, 1981.]

DANIEL G. JONES, ET AL, *Respondents,* v. EVERETT
E. WHEELER, *Appellant.*

Appeal from a judgment of the Superior Court for
Benton County, No. 79-2-00386-4, Albert J. Yencopal, J.,
entered April 3, 1980. *Remanded* by unpublished opinion
per Munson, J., concurred in by Roe, A.C.J., and Green, J.

[No. 4583–II. Division Two. July 24, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. BILLY
EARL SHELTON, *Appellant.*

Appeal from a judgment of the Superior Court for
Cowlitz County, No. 6985, Frank L. Price, J., entered Jan-
uary 25, 1980. *Affirmed* by unpublished opinion per
Pearson, J., concurred in by Reed, C.J., and Petrie, J.

[No. 3891–II. Division Two. July 24, 1981.]

SAM RAWSON, ET AL, *Appellants,* v. MILL PLAIN
ROCK COMPANY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Clark
County, No. 57954, Robert D. McMullen, J., entered Janu-
ary 4, 1979. *Affirmed* by unpublished opinion per Pearson,
J., concurred in by Reed, C.J., and Petrich, J.

[No. 8861–1–I. Division One. July 27, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. JOSEPH
JOHN LAVIGNE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 79-1-01945-0, Shannon Wetherall, J., entered
June 4, 1980. *Affirmed* by unpublished opinion per Ringold,
A.C.J., concurred in by Swanson and Corbett, JJ.